# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:16-CR-60-DBH |
| | ) |
| DARRELL NELSON, | ) |
| | ) |
| DEFENDANT | ) |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On December 30, 2020, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion to Reduce Sentence. Court mail sent to the defendant on December 30, 2020, January 13 and February 3, 2021, was returned as undeliverable. On February 5, 2021, mail was sent to the defendant at his new designated facility. The time within which to file objections has now expired and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's motion to reduce sentence is **DENIED.**

**SO ORDERED.**

**DATED THIS 26TH DAY OF FEBRUARY, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**